**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6583**

———————

JOSEPH LEE GARRETT,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-98-670-R)

———————

Submitted: August 17, 1999          Decided: September 2, 1999

———————

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Lee Garrett, Appellant Pro Se. John H. McLees, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Lee Garrett seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Garrett v. Angelone, No. CA-98-670-R (W.D. Va. Mar. 23, 1999). We deny Garrett's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2